AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.  3:22MJ 680          (TOF) |
|  | ) | |
|  | ) | |
| Garrett Santillo | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of ____Hartford____ in the _____ District of ____Connecticut____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Sending Threatening Communication |
| 18 U.S.C. § 876 | Mailing Threatening Communication |

This criminal complaint is based on these facts:
See attached Affidavit of Kimberly E. Dallas, United States Postal Inspection Service (USPIS).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kimberly E. Dallas, USPIS
*Printed name and title*

Sworn to before me and signed in my presence. *by telephone*

Date: 07/05/2022

_____
*Judge's signature*

City and state: Hartford, Connecticut

Hon. Thomas O. Farrish, U.S. Magistrate Judge
*Printed name and title*