UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In the Matter of the Application of the
United State of America for a Criminal          Case No. 3:22MJ680 (TOF)
Complaint and Arrest Warrant
For GARRET SANTILLO                             **Filed Under Seal**

STATE OF CONNECTICUT
COUNTY OF HARTFORD

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, Postal Inspector Team Leader Kimberly E. Dallas, being duly sworn, herby

deposes and states:

I.      **Introduction**

A.      **Affiant**

1.      I am a Postal Inspector Team Leader with the United States Postal

Inspection Service (the "USPIS") and have been so employed since August of 2010.

I became certified as a Dangerous Mail Investigator (DMI) Specialist in March of

2011 and have continued to hold that certification throughout my career.  Part of

my duties as a DMI Specialist is to investigate cases involving the US Mail where

threats are made using the US Mails; additionally, I have investigated such threat

cases where, for example, hoax white powders are mailed, as well as other unlawful

use of the US mail system.  In August 2018, I became certified as a Letter Mail

Tracking (LMT) Specialist which includes such skills as identifying, intercepting,

and investigating threatening and harassing communications in the US Mail.  Over

the course of my career, I have participated in multiple investigations of criminal activity, including investigations involving the transmission of threatening communications through the US mail.  Through my training and experience with the USPIS, I am familiar with the arrest of individuals who commit criminal violations.  I am also familiar with many of the tactics and techniques used by individuals to send threats through the mail.

2.      I am an investigative or law enforcement office of the United States within the meaning of Title 18, United States Code, Section 2510(7) in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.  I have personally participated in the investigation concerning the violation of the federal law listed in this affidavit.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a complaint and arrest warrant, I have not included each and every fact known to me regarding this investigation.  Rather, I have set forth only those facts that I believe are sufficient to establish probable cause.

4.      I make this affidavit in support of an application for a warrant to arrest GARRETT SANTILLO.  As detailed below, there is probable cause to believe and I do believe beginning in or about March 2022 through present, an individual

who is well-known to law enforcement named Garrett SANTILLO ("SANTILLO")

did knowingly deposit or cause to be delivered, through the US Mail, letters

containing threatening communications in violation of Title 18, United States Code,

Sections 875 and 876, Interstate Communications and Mailing a Threatening

Communication (the "Subject Offenses").

## IDENTITY OF THE DEFENDANT

5.      SANTILLO is a Caucasian male who is approximately five feet, eleven

inches tall, and weighs approximately 220 pounds.  SANTILLO has a criminal

history from Connecticut.  As related to mailing threatening communications,

SANTILLO was convicted of the following Federal charges:

- 10/19/2001 – Title 18 USC 875(c) Sending Threatening Communications, 5 years probation;

- 9/04/2008 – Title 18 USC 875(c) Sending Threatening Communication, 12 months imprisonment, 3 years supervised release;

- 08/02/2016 – Title 18 USC 876 Mailing Threatening Communication, 5 years probation.

## PROBABLE CAUSE

6.      As detailed below, there is probable cause to believe, and I do believe,

that SANTILLO has engaged in and is engaging in violations of Title 18, United

States Code, Sections 875(c) and 876 (Mailing a Threatening Communication).

7.      This affidavit is based upon my personal knowledge; my review of documents, photos, surveillance, business records, certain threatening mailings, and other evidence; my conversations with other law enforcement personnel; discussions with potential witnesses; as well as my training, experience, and advice received concerning the use of computers in criminal activity and the forensic analysis of electronically stored information ("ESI"). Because this affidavit is being submitted for the limited purpose of establishing probable cause effectuate an arrest, it does not include all the facts I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

8.      As discussed in more detail below, the Subject Offenses are defined herein as violations of Title 18 USC §§ 875(c) and 876 (Sending Threatening Communications). Based on evidence gathered to date, I have probable cause to believe, and I do believe, that SANTILLO is again engaging in violations of 18 USC §§ 875 and 876 and has sent well-over a hundred such threatening letters over the last few months to individuals, including judges, news contributors, and other noteworthy public officials. As discussed in more detail below, physical surveillance of the building in which SANTILLO resides has revealed, among other facts, that SANTILLO has been mailing a large number of letters, the letters contain threatening and hateful statements, the letters contain

threats of violence, the letters are created on a computer using a word processing software. The investigation has revealed through video and other surveillance that SANTILLO has approached the outgoing mail slots in his building and deposited large stacks of letters all with similar writings, styles, appearances, and threats within them, and the evidence has established that SANTILLO is engaged in this conduct. Additionally, as discussed herein, SANTILLO has been federally prosecuted, convicted, and sentenced for mailing threatening letters three prior times and recently completed his most recent term of supervision, in August 2021.

## II.     Probable Cause Based on the Investigation To Date.

9.      Based on the facts set forth below, I believe there is probable cause that SANTILLO has engaged and is continuing to engage in the Subject Offenses.

10.     As background of the investigation it bears mention that between March 21 and April 5, 2022, I was contacted by the Director of Human Resources for Hearst CT Media Group (the HR Director of Hearst) who informed me that several individuals who serve as content contributors to news articles for local newspapers around the State of Connecticut had been receiving threatening letters sent to their business addresses and/or their home addresses. The HR Director of Hearst stated that some of the letters being brought to law enforcement's attention were received several months ago. The HR Director of Hearst initially provided me with copies of the threatening letters, and, at a later time, she provided me with the originals. A sampling of the threatening letters is attached to this affidavit as Exhibits 1a-1c. (*See* Exhibit 1a-1c). The victim recipients of these letters are

referred to herein by their initials as M.Z.; D.G.; and L.G. and to protect their privacy and rights as victims, their names have been redacted from the Exhibits. The other victim recipients of the threatening letters are also referred too herein by their initials.  The threatening nature of the letters is established based on the content of the letters themselves.  For example, the letter to victim M.Z. uses the following language "…PAST KILLERS THAT THINK THEY GOT AWAY WITH IT INCLUDING SKAKEL AND OJ Simpson will be eliminated! We will do the same to you for your lies…"  The letter to victim D.G. uses the following language "All the changes in this letter Must be followed or else punishment at peoples' homes including yours will occur!"  The letter to victim L.G. uses the following threatening language:  "We are telling everyone including the head of the NAACP and the KKK and all similar organizations including all "white" supremacy organizations.  People that don't follow all this will be killed."

11.    As is apparent in Exhibit 1a-1c, the letters about which the investigation is focused, are typed and printed, which indicates the use of computers, laptops, printers, copiers, and/or other electronic devices to employ word processing software programs.  As can be observed from the letters themselves, the letters have parts which are capitalized and/or bolded, as well as capitalization to the first letter in the middle of a sentence.  These letters also employ language about race, including frequently stating: "Stop using, saying and printing the term: BLACK people and 'Black Lives Matter.'"  The presentation of the text, including the bolding further indicate to me that a computer and word processing software is

being used allowing SANTILLO to emphasis various words easily. Also, the sheer number of letters, which is placed at over one hundred, establishes that a computer and printer are being used to execute the drafting and printing aspect of the crime. Moreover, these are not the types of letters that individuals who commit the crime of Sending Threatening Communications, print at a public or shared printer, such as a business center, which further leads me to conclude that these letters are being printed by SANTILLO in his apartment.

12.    As part of the continuing criminal investigation, on or about April 6, 2022, I was notified by Officer Christopher Lawrence of the New Haven Police Department, that they had recovered a threatening letter addressed to victim with the initials "I.T.," an official with the Board of Education (See Exhibit 2). Officer Lawrence provided the original envelope and letter to me. Again, as seen in Exhibit 2, the same language is used as was used in Exhibit 1a-1c, namely: "Stop using, saying and printing the term: BLACK people and "Black Lives Matter"."; as well as "If you don't obey what this letter says, along with others including [name redacted] and people in Washington DC and everywhere and you. You all will be killed!!" This indicates to me, as a trained Dangerous Mail Investigator, a number of important facts, that the mailing more than likely originated from the same individual, that the individual has a pattern and practice or *modius operandi*, and that the individual is more than likely using the same template or cutting and pasting from various letters when writing new threatening letters because the operative language is repeating.

13.     On or about April 11, 2022, Detective Jeff Cortes of the Milford Police Department notified me an officer at their department, victim P.N., had received a threatening letter (See Exhibit 3). Detective Cortes provided the original letter and envelope to me.  Exhibit 3 contains the same language as Exhibits 1a-1c and 2: "Stop using, saying and printing the term: BLACK people and "Black Lives Matter"."; and the threat of; "If you don't obey what this letter says, you along with others including people in Washington DC and everywhere will be killed!!"  This letter while having similar language has some difference that the earlier exhibits. This letter has portions underlined yet slightly different sentence structures.  This is indicative of the mailer changing the contents letters on a word processing system using "word" or other word processing software and slightly altering the original text of earlier letters to tailor each letter to the intended recipient.  This is evidence that the author of these letters, who I have probable cause to believe and do believe is SANTILLO, is using an electronic device to alter and manipulate each letter.  For the purposes of this affidavit, not all letters received are discussed within this affidavit nor are they attached.  However, upon my review of the letters received, I observed if a person other than the recipient was named in the letter, frequently, that person also received a letter from the sender, who I believe to be SANTILLO. As discussed below, that has happened on a number of occasions in this matter.

14.     On or about May 3, 2022, the HR Director of Hearst informed me that another individual who served as a contributor, referred to herein as J.B., received a threatening letter which is attached hereto as exhibit 4.  (*See* Exhibit 4).  In this

letter, another victim with the initials V.A. was mentioned.  Because of their area of jurisdiction, I reached out to the U.S. Marshal's Service to notify them of the fact that victim V.A. would be very likely to receive a similar letter, as has been one of the patterns and practice and one of sender's *modus operandi*.  Senior Inspector (SI) Matthew Parker of the U.S. Marshals Service informed me that in fact a letter had been received by Victim V.A. (See Exhibit 5).  SI Parker also informed me that based on his experience and dealing with an individual who had previously been prosecuted and sentenced in the District of Connecticut (on multiple occasions and once by the Southern District of New York), and based on the *modus operandi* in this matter, that he believed the sender of the letters was Garrett SANTILLO (SANTILLO).  SI Parker further informed me that he had previously investigated and arrest SANTILLO for mailing threatening letters.  As is clear on their face, the letters attached as Exhibits 4 and 5, contain the same or very similar language.  Additionally, these letters also have new language, specifically referencing abortion and these letters are longer than the previous exhibits.  However, both Exhibits 4 and 5 contain this threatening language: "If you don't obey what this letter says, you along with others including people in Washington DC and everywhere will be killed!!"  Upon careful review of the numerous letters being sent with all the similar characteristics including the same language and theme and threats throughout the letters and based on my training and experience, I believe that this is indicative of a single person mailing these letters, despite using the "we" language in the letters.

15.     SANTILLO is known to law enforcement officers as a person who has mailed threatening letters in the past.  SANTILLO the three following Federal convictions:

- October 19, 2001 – Convicted of Title 18 USC 875(c) Sending Threatening Communications, sentenced to 5 years probation;

- September 4, 2008 – Convicted of Title 18 USC 875(c) Sending Threatening Communication, sentenced to 12 months imprisonment, 3 years supervised release;

- August 2, 2016 – Title 18 USC 876 Mailing Threatening Communication, 5 years probation.

I know from my investigation that SANTILLO recently completed his term of supervision, in August 2021.

16.     Additionally, I know where SANTILLO is residing because according to United States Postal records, SANTILLO filed a change of address (COA) with the United States Postal Service (USPS) effective 7/30/2021, changing his address from 163 Blake Street, Apt 4, New Haven, CT 06515 to 75 Washington Ave, Hamden, CT.  Moreover, SANTILLO filed another COA with USPS effective 9/06/2021 changing his address from 76 Everit Street, New Haven, CT 06511 to 75 Washington Ave, Hamden, CT.

17.     On or about May 10, 2022, Detective Victoria Ryan of the Ridgefield Police Department notified me that a threatening letter was received by a CT State Representative, victim A.G.S. (See Exhibit 6).  As with earlier threatening letters, the language used in Exhibit 6 also talks about abortion and contains the threat of:

"Underlined lines have just been added for clarity! They apply to you and you will be punished by death for doing an abortion!"

18.     Up until the period of time in May of 2022, the letters appeared to have been postmarked "Hartford CT" and the addresses were typed.  The sender used "forever" stamps yet different forever stamps were used, but the majority of the stamps were U.S. flag forever stamps.  None of the envelopes for the one-hundred or so letters bore a return address.  Examples of the envelops and stamps are attached (See Exhibit 7).  The names and recipient addresses have been redacted in Exhibit 7 to protect the identity of the victims.

19.     On or about May 27th, I was notified by SI Parker that a state judge, victim M.E.F., had received a threatening letter attached hereto as Exhibit 8.  (*See* Exhibit 8).  This letter had several of the same characteristics as the previous letters, such as underlined, bolded, and capitalized portions.  Again, this indicates to me that the sender, who I have determined to be SANTILLO, is using his computer to edit the earlier letters and tailor them to each recipient.  The letter attached hereto in Exhibit 8 appears to be tailored to the state court judge because it contains language of crimes being committed and the bonds being set, and setting bond is a judicial function.  This letter contained the following threatening language: "Many witnesses among other evidence PROVE the [name redacted] murdered [name redacted] of Fairfield Prepertory (sic) School and so you must as a judge take away this $2,000.00 bond and change it to NO BOND!!  If you don't you **definitely will be killed** and it will be painful! We can break through any

security, which you don't deserve anyway!" and "Judge [name redacted] will be killed and relatives of his unless he cancels that bond,…"  (See Exhibit 8 (emphasis in original)).

20.     Also on May 27, 2022, based on the information I had gathered to date including the information from SI Parker about SANTILLO, I went to 75 Washington Ave, Hamden, CT and spoke to the USPS delivery carrier (USPS carrier) who is the mail carrier responsible for delivering mail for that address.  The USPS carrier confirmed SANTILLO receives mail at his apartment located at 75 Washington Ave, Hamden, CT.  The USPS carrier also stated he had already picked up the outbound mail for that day from building 3 and 4.  Based on my authority as a United States Postal Inspector engaged in a criminal investigation, I review the outbound mail that he had collected and found several letters of interest.  These letters had no return addresses, had typed address labels, and bore U.S. flag forever stamps.  All of which were consistent with the threatening letters that had been received by the numerous victims.  Two of the letters were addressed to an individual with the initials K.P.G.  I contacted K.P.G. and received consent to open the letter (See Exhibit 9).  I also identified a letter addressed to the US Postal Service, attached hereto as Exhibit 10.  I obtained consent of the New Haven Postmaster to open the letter. (See Exhibit 10).  While these two letters did not contain apparent threats, they have proven to be useful in providing identifying information that supports SI Parker's conclusion, that I do share, that SANTILLO is sending the threatening letters.   These two non-threatening but unusual letters

have some style features that are the same, such as bolding of words and capitalizing, the language and theme were somewhat different.  For example, Exhibits 9 and 10 contained verbiage about someone dropping a large amount of cash and the author of those letters was trying to locate them.  The letters were signed using the name "Brian Reynolds" but no such person resides at the location served by the carrier who collected the outgoing mail.  Additionally, the letters also used the email address in them of **doingcharityformany@gmail.com**.  I performed a law enforcement database search using the database CLEAR, which has proven to be reliable in a countless number of previous cases.  Using the CLEAR data base I was able to establish that there was not an individual named "Brian Reynolds" residing at 75 Washington Ave, Hamden, CT, 06518.

21.    On or about May 28, 2022, the USPS carrier notified me he believed he had more outbound mail of interest.  I instructed the mail carrier to secure the letters at the Post Office so that I could retrieve them and review them as part of this criminal investigation.

22.    Thereafter, on or about May 31, 2022, I went to the Hamden Post Office and retrieved the letters that were in question.  As with the other suspicious letters, these letters had no return addresses, were typed address labels, and used the U.S. flag forever stamps.  One of the letters was addressed to the General Manager or Assistant Manager/ Owner of UHAUL Moving and Storage, 599 Lombard Street, New Haven, CT 06513.  The manager stated that they do in fact conduct UHAUL rentals and as part of that discussion, I obtained consent from the

manager of 599 Lombard Street, New Haven, CT 06513.  She provided consent into the letter.  The letter did not contain an apparent threat but this letter was also signed by a purported "Bryan Reynolds" and used the same email address, namely, **doingcharityformany@gmail.com.**  (See Exhibit 11).  This letter again talked about a person losing money and the author trying to locate them.  I also sought to track down the addressees of the other letters that had appeared to be suspicious and unusual.  To that end, I spoke with Lieutenant Brian Donnelly of the Yale Police Department, and asked for a contact for the letters addressed to 211 Park Street, New Haven, CT 06511; 34 Hillhouse Avenue, New Haven, CT 06511; and 81 Wall Street, New Haven, CT 06511.  Lieutenant Brian Donnelly provided me an email stating Yale University Dean Burgwell Howard, who was currently serving as Director overseeing the African American Cultural Center gave consent to open all the letters.

23.    Based on the consent received, I opened the letters addressed to 211 Park Street, New Haven, CT 06511; 34 Hillhouse Avenue, New Haven, CT 06511; and 81 Wall Street, New Haven, CT 06511.  While none of the letters contained an apparent threat, they did further the investigation as all were signed "Bryan Reynolds" and had email **doingcharityformany@gmail.com**.  A sample of the letter and envelope is marked as Exhibit 12.  I observed that these letters, like the others, used the same type of stamp as used on previous letters containing a threat. This letter, Exhibit 12, similar to the other letters, discussed a person losing money and the author trying to locate them.

24.     In furtherance of the investigation, on or about May 31, 2022, I went to 75 Washington Avenue, Hamden, CT 06518.  I entered into the common vestibule between Buildings 3 and 4 where the mailboxes are located.  I observed the resident intercom system for building 3 and identified the name "Santillo" for apt 101 in Building 3.  See picture below ("101 Caruso/Santillo").



25.     On or about June 1, 2022, the USPS carrier, advised there was a parcel addressed to "Garrett Santillo" at 75 Washington Avenue, Hamden, CT 06518 Apt. 3-101.  The parcel was from "Shipping Warehouse TRC, The Right Cartridge, Inc., 9421 Winnetka Ave, Unit L, Chatsworth, CA 91311."  Subsequently the records associated to this parcel were obtained and the business records showed toner ink for a printer was ordered by SANTILLO to his address and paid for using PayPal Express.  I know based on my training and experience that typed and printed letters would require ink to be created.  This is indicative of the author of these letters having access to a computer and printer in their residence.  Additional

records established that SANTILLO received a delivery of an ink in May 2022, on or about May 31, 2022 and a subsequent second delivery of ink to his apartment, on or about June 18, 2022.  The records also showed an email associated with these orders of **garrysantillo@gmail.com**.  I believe it is noteworthy that there have been multiple deliveries of ink toner in that it further establishes that a significant amount of printing is being done by SANTILLO at his home address and that he is using a computer and printer as instrumentalities of the crimes that I have probable cause to believe he is committing.

25.     The records also established that there was an Internet Protocol (IP) address associated with the ink purchases to this IP address is: **32.210.55.164**.  An IP address on the internet is analogous to a street address in the physical world.  A computer or router connects to an internet service provider who delivers internet service through a particular IP address.  I know based on my training and experience that connection history information and records can be stored on an electronic device, such as a router, computer, laptop, tablet, smartphone, and printer.

26.     Subsequently a subpoena was served to Google.com for information associated to emails **doingcharityformany@gmail.com** and **garrysantillo@gmail.com.**  The records showed that IP address **32.210.55.164** was associated with log-ins to **garrysantillo@gmail.com** between May 20, 2022 and June 3, 2022.  The records also showed that IP address **32.210.55.164** was associated with logins to **doingcharityformany@gmail.com** between April 22,

2022 and May 20, 2022.  No other IP addresses were used during both those time frames.  Accordingly, I can tie SANTILLO to both e-mail addresses and to the other unusual mail, discussed above. The fact that he appears to be using the alias of "Brian Reynolds" is another fact that leads me to the conclusion that he is committing a crime as defendants in these types of cases frequently use aliases.

27.     Subsequently a subpoena was served to Frontier Communications for records associated to IP address **32.210.55.164.**  The records show that IP address is assigned to a router located at SANTILLO's home address.  The Frontier account subscriber is listed as Ann Caruso.  Based on the resident intercom it is clear that SANTILLO and Caruso are both affiliated with the same residential premises and accordingly, I have concluded that the IP address and internet account of Frontier is associated with the same residential premises and references back to SANTILLO as well.

28.     On or about June 2, 2022, USPS carrier advised he had recovered more outbound letters from the outbound mailbox for Building 3 and 4.  I met the carrier at 75 Washington Ave, and identified these letters and as with the other suspicious and threatening letters, these letters had no return addresses, had typed address labels, and bore U.S. flag forever stamps.  The letters were addressed to a contributor for a newspaper, a local president for Connecticut Black Chambers of Commerce (CTBCC), and two Connecticut State Representatives.  I contacted the contributor, victim J.M., who provided consent to open the letter.  This letter did contain language as seen in the earlier Exhibits; "Everyone must STOP using the

term: BLACK people and "Black Lives Matter". "If you don't obey what this letter says, along with others including people in Washington DC and everywhere and you.  You all will be killed!!" (See Exhibit 13).  I contacted one of the State Reps., victim C.R., whom only had connection to one of the addresses listed.  They provided consent to open that one letter.  I contacted the other State Rep, victim Q.W., who stated they were not associated to any of the addresses listed, therefore could not provide valid consent to open any of the letters.  I met with CTBCC victim D.C. who provided consent to open the letters addressed to them.  These letters did contain threatening communications. (See Exhibit 14).  This letter contained language, as in the earlier letters as well as Exhibit 13: "Everyone must STOP using the term: BLACK people and "Black Lives Matter". "If you don't obey what this letter says, along with others including people in Washington DC and everywhere and you.  You all will be killed!!"

29.     Also, on or about June 2, 2022, I examined where the outbound mailboxes are for 75 Washington Ave, Buildings 3 and 4.  Below is the picture of the entry door located closer to Building 4.



Upon entering the building, to the left there are mailboxes for Building 4 including the outbound mail slot (mailbox #4). Per the USPS carrier, mailbox #4 is where the outbound letters had been recovered from.  See pictures below.





Upon entering the building to the right, there is a hallway leading to an entrance to building 3. Mounted to the wall, a mailbox marked "outgoing mail only" is located (mailbox #3). See picture below.

//

//

//



30.     On or about June 3, 2022, I opened the letter addressed to victim C.R. The letter did contain a threatening communication. (*See* Exhibit 15).  This letter contained the following language: "Everyone must STOP using the term: BLACK people and "Black Lives Matter." "If you don't obey what this letter says, along with others including people in Washington DC and everywhere and you.  You all will be killed!!".

31.     Also, on or about June 3, 2022, I obtained a mailbox key to utilize to check the outbound mail for mailbox #4 and mailbox #3.  At approximately 4:00 PM, while at 75 Washington Ave, Hamden, CT, I observed a male who matched the description of SANTILLO enter into the front passenger side door of a vehicle.  The driver was an elderly female.  The vehicle was a white Volkswagen Jetta with CT

license plate AU-23600.  The registration came back to Ann Caruso.  At the time of

this affidavit, SANTILLO does not have a valid CT driver license.

32.     The name Caruso can be seen on the intercom system as well as

SANTILLO for unit 3-101.  Per the USPS carrier, Caruso also receives mail at this

location.  Based on my conversations with SI Parker, Caruso is believed to be a

family member of SANTILLO.

33.     On or about June 4, 2022, Postal Inspectors conducted surveillance on

mailbox #4.  Nothing of substance was observed.

34.     On or about June 6, 2022, I went to mailbox #4 to check the outbound

mail.  I identified two letters of interest.  These letters had no return addresses, had

typed address labels, and bore U.S. flag forever stamps.  One letter was addressed

to contributor, victim E.H. and the other journalist G.H.  I contacted contributor

E.H. and obtained consent to open the letter.  The letter did contain a threatening

communication. (*See* Exhibit 16). This letter again bore the same language as other

letters: "Everyone must STOP using the term: BLACK people and "Black Lives

Matter." "If you don't obey what this letter says, along with others including people

in Washington DC and everywhere and you.  You all will be killed!!".  To be clear,

this is the out bound mailbox #4 from the building that SANTILLO resides in and

as evidenced by the intercom system, there are not very many units associated with

that out bound mailbox.

35.     Also, on or about June 6, 2022, I met with property manager Ricky

Thornberry of 75 Washington Ave, Hamden, CT.  Property Manager Thornberry

provided consent to install surveillance cameras in the vestibule between buildings 3 and 4 to observe mailbox #4 and mailbox #3.

36.     On or about June 7, 2022, Senior Technician Surveillance Specialist Ron Schlesinger installed two covert cameras in the vestibule between buildings 3 and 4 to surveil mailboxes #3 and #4.

37.     Also, on or about June 7, 2022, I was notified by Deputy Chief (DC) Judicial Marshal Gloria Santiago, that a local Connecticut judge, victim E.T. had received a threatening letter.  (*See* Exhibit 17).  This letter contained the same language as Exhibit 8: "Many witnesses among other evidence PROVE the [name redacted] murdered [name redacted] of Fairfield Prepertory (sic.) School and so you must as a judge take away this $2,000.00 bond and change it to NO BOND!!  If you don't you definitely will be killed and it will be painful! We can break through any security, which you don't deserve anyway!" and "Judge [name redacted] will be killed and relatives of his unless he cancels that bond,…"

38.     Later, on or about June 7, 2022, witness C.C. contacted me and provided consent via victim G.H into the letter addressed to G.H.  This letter also contain a threatening communication.  (See Exhibit 18). This letter again bore the same language as other letters; "Everyone must STOP using the term: BLACK people and "Black Lives Matter". "If you don't obey what this letter says, along with others including people in Washington DC and everywhere and you.  You all will be killed!!".  At this point in the investigation, many of the letters were altered to be directed to each recipient.  This again is indicative of the author using an electronic

device to tailor each letter before it is printed, but has the same modus operandi and same style and verbiage.  This is evidence that the author has access to a computer or laptop or other electronic device and a printer to produce these letters.

39.     On June 20, 2022, at approximately 11:42 PM, the surveillance camera recorded a male fitting SANTILLO's description mailing a number of letters.  The time stamp on the video is "1/5/1970 1334" (1:34 PM).  When Postal Inspector Josh Governale switched the memory card and battery of the cameras on June 16, 2022, the date and time stamp reset to "1/1/1970 0000".  However, Inspector Governale was able to determine the approximate time based on when he performed the exchange, therefore, 1/5/1970 1334 (1:34 PM) equals approximately 6/20/2022 2342 (11:42 PM).  See still images below.







Based on my observation of the surveillance video, I observed SANTILLO approach

mailbox #4 with letters in hand.  SANTILLO comes from the direction of his

apartment and mails several letters while wearing a single dark glove on his left

hand only late in June, at a time when gloves would not normally be worn -

moreover, if it were for safety or sanitary concerns one would expect to see gloves on both hands.  I know based on my training and experience that mailers of threatening communications will often times wear gloves to minimize the fingerprints or DNA being left on the surface of an envelope to elude forensic examinations.  This allows the mailer to remain more anonymous while mailing threatening communications.   It bears mention that finger print analysis did not discovery any of SANTILLO's prints on the suspicious and threatening mail which is not surprising based on the surveillance video.   SANTILLO depart mailbox #4 with no letters in hand and heads towards the direction of his apartment.  The video also depicts SANTILLO as barefoot.  I know this to mean that he most likely is not walking a long distance to get back to where he came from, and likely did not and is not going outside.

40.     On or about June 21, 2022, Inspector Governale went to 75 Washington Ave, Hamden, CT and recovered additional letters of interest from mailbox #4.  As with the others, these letters had no return addresses, had typed address labels, and bore U.S. flag forever stamps.  These letters match the characteristics of the letters mailed by SANTILLO in the video.  One of the letters was addressed to victim D.X.B.  I met with victim D.X.B. in person the same day and obtained consent to open the letter.  The letter contained the same threatening language as previous Exhibits; "Everyone must STOP using the term: BLACK people and "Black Lives Matter".  "<u>If you don't obey what this letter says, along with others including people in Washington DC and everywhere and you.  You all will be</u>

<u>killed!!"</u>.  Victim D.X.B. gave consent for me to retain the original letter and envelope.  (See Exhibit 19).

41.    As mentioned above, several of these letters throughout this investigation were provided to the USPIS Forensics Laboratory for forensic review. The submissions were examined for latent fingerprint.  No fingerprint associated to SANTILLO were identified.  Any prints identified were cleared as belonging to witnesses (New Haven Postmaster) or other involved law enforcement officers (Milford Police Department).

42.    The investigation has further revealed that SANTILLO has no other location out of which he could be operating, in that he does not have an office or location of employment nor does he have any other known addresses or other family members with such an address whom he has significant contact such that there would be an additional premises for the agents to monitor and surveil.

43.    Based on the foregoing, I respectfully submit there is probable cause to believe that SANTILLO is engaged in the Subject Offense.

## IV.   Conclusion

44.   Based on the foregoing, there is probable cause to believe that

SANTILLO has engaged in and is continuing to engage in criminal violations of 18

U.S.C. §§ 875 (Interstate Communications) and 876 (threatening mail).  I therefore

respectfully request the Court to issue a Complaint and Arrest Warrant to

effectuate an arrest of SANTILLO.

45.   I further request that the arrest warrant, the criminal complaint, and

this affidavit remain sealed until the defendant's initial appearance before the

Court. The involvement of federal law enforcement in this matter is not generally

known, and I believe that premature disclosure of this investigation might cause the

individual to secrete and/or destroy evidence, may place the federal agents, task

force officers and Postal Inspectors in harm's way, and may also may cause the

individual to flee the Court's jurisdiction.


KIMBERLY E. DALLAS
Postal Inspector Team Leader
United States Postal Inspection Service

*by telephone*

Sworn to ~~before me~~ this __5ᵗʰ__ day of July 2022, at Hartford, Connecticut


HONORABLE THOMAS O. FARRISH
United States Magistrate Judge
District of Connecticut



YOU MUST STOP PUBLISHING AND SAYING LIES, FALSE STATEMENTS WHICH ARE NOT TRUE!

EXAMPLE: Your recent article- "Everyone Loves Mexican Food"

THIS SAME LETTER IS GOING TO EVERYONE ELSE EVERYWHERE WHO IS GUILTY OF THE SAME OFFENSES AND OTHERS THAT HAVE SO FAR GONE UNPUNISHED!  PAST KILLERS THAT THINK THEY GOT AWAY WITH IT INCLUDING SKAKEL AND OJ Simpson will be eliminated!  We will do the same to you for your lies if you continue printing or saying them anywhere!

Inspection Service
Exhibit
1 a
Label 113, July 1987

STOP using, saying and printing the term: BLACK people and "Black Lives Matter". **Everyone's life matters!** There is no such person as a black, person of Color, negro, African American, coon. **EVERYONE** including albinos have AFRICAN blood in them. EVERYONE IS "OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! EVERYONE'S LIFE MATTERS!  The misunderstanding I am correcting **aims** to Divide people! There really are no separate RACES!! There, however, ARE: (Various tones/colors of skin).  There is DNA in a lab from 18,000 year old skeletal remains that PROVES everyone is AFRICAN!! Explain that evidence exists also that all continents broke off from AFRICA and that Africa is the original continent! Everyone worldwide and everywhere will be told to STOP using the false terms above and given this explanation! Stop dividing people!!  Dr. Martin Luther King, Jr.'s quote is the TRUTH also: "Don't judge people based on the color of their skin, but rather on the content of their character." This Directive is going to people around the world and all over!  Black History Month Must be changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH" everywhere it is!! We are telling everyone including Jeff Bezos! Tell all those you printed in the New Haven Register are "Black" in the Feb. 20 article you wrote they must live by the above changes about no "black" etc.  All the changes in this letter Must be followed or else punishment at peoples' homes including yours will occur!



**Inspection Service Exhibit**

1b

Label 113, July 1987

▬▬▬▬▬▬

Regarding what you print and say.
STOP using and printing the term: BLACK people and "Black Lives Matter".
EVERYONE'S LIFE MATTERS!  Stop printing and saying these terms also:
There is **no such person** as a black, white, red, person of Color, negro, African
American, Chinese, Spanish, or Asian.  People can however identify themselves
from a country, saying "I'm Polish and/or Chinese." Though **EVERYONE**
including albinos have AFRICAN blood in them. EVERYONE IS "OF COLOR"
or "WHAT WAS called wrongfully "BLACK"!! Since everyone's skin tone varies,
technically everyone is "Of Color"! The misunderstanding we are correcting **aims**
to Divide people! There really are no separate RACES!! There, however, ARE:
(Various tones/colors of skin).  There is DNA in a lab from 18,000+ year old
skeletal remains that PROVES everyone is AFRICAN!! Explain that evidence
exists also that all continents broke off from AFRICA and that Africa is the
original continent! Everyone worldwide and everywhere will be told to STOP
using the false terms above and given this explanation! Stop dividing people!!  Dr.
Martin Luther King, Jr.'s quote is the TRUTH also: "Don't judge people based on
the color of their skin, but rather on the content of their character." This Directive
is going to people around the world and all over!  Black History Month Must be
changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH"!! We are
telling everyone including the head of the NAACP and the KKK and all similar
organizations including all "white" supremacy organizations.  People that don't
follow all this will be killed



Inspection Service
Exhibit
1 c
Label 113, July 1987

 Regarding your 3/31 N H Register article, etc.

STOP using the term: BLACK people and "Black Lives Matter". EVERYONE'S LIFE MATTERS!   There is **no such person** as a black, white, red, person of Color, negro, African American, Chinese, Spanish, or Asian.  People can however identify themselves from a country, saying "I'm Polish and/or Chinese." Though **EVERYONE** including albinos have AFRICAN blood in them. EVERYONE IS "OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! Since everyone's skin tone varies, technically everyone is "Of Color"! The misunderstanding we are correcting **aims** to Divide people! There really are no separate RACES!! There, however, ARE: (Various tones/colors of skin).  There is DNA in a lab from 18,000+ year old skeletal remains that PROVES everyone is AFRICAN!! Explain that evidence exists also that all continents broke off from AFRICA and that Africa is the original continent! Everyone worldwide and everywhere will be told to STOP using the false terms above and given this explanation! Stop dividing people!!  Dr. Martin Luther King, Jr.'s quote is the TRUTH also: "Don't judge people based on the color of their skin, but rather on the content of their character." This Directive is going to people around the world and all over!  Black History Month Must be changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH"!! We are telling everyone including the head of the NAACP and the KKK and all similar organizations including all "white" supremecy organizations. **Diversity** of gender or being gay, that is legal and alright/ correct! Also accept everyone no matter what religion also!  If you don't obey what this letter says, along with others including                  and people in Washington DC and everywhere and you. You all will be killed!!

This is being sent to Register writer                  , heads of papers and Tv networks and internet sites and                  from the 3/31 article as well! Columnist                  other writers, actors, the general public as well as Biden and Kamilla Harris!  We can break through any government security!



**Inspection Service Exhibit**

2

Label 113, July 1987

**FINAL FACTUAL ANSWER TO END RACISM, PERIOD-**
Officer ████████████

STOP using the term: BLACK people and "Black Lives Matter". *EVERYONE'S*
*LIFE MATTERS!*   There is **no such person** as a *black, white, red, person of*
*Color, negro, African American, Chinese, Spanish, or Asian. People can however*
*identify themselves from a country, saying "I'm Polish and/or Chinese." Though*
**EVERYONE** including albinos have *AFRICAN blood in them. EVERYONE IS*
"OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! *Since everyone's*
skin tone varies, technically everyone is "Of Color"! *The misunderstanding we are*
correcting **aims** to Divide people! There really are no *separate RACES!! There,*
however, ARE: (Various tones/colors of skin). *There is DNA in a lab from*
*18,000+ year old skeletal remains that PROVES everyone is AFRICAN!! Explain*
*that evidence exists also that all continents broke off from AFRICA and that Africa*
*is the original continent! Everyone worldwide and everywhere will be told to*
STOP using the false terms above and given this explanation! Stop dividing
people!!  Dr. Martin Luther King, Jr.'s quote is the TRUTH also: "Don't judge
people based on the color of their skin, but rather on the content of their character."
*This Directive is going to people around the world and all over!  Black History*
Month Must be changed to "HISTORY MONTH or "ORIGINAL HISTORY
MONTH"!! We are telling everyone including the head of the NAACP and the
KKK and all similar organizations including all "white" supremecy organizations.
**Diversity** of gender or being gay, that is legal and alright/ correct! Also accept
everyone no matter what religion also!  If you don't obey what this letter says, you
along with others including  people in Washington DC and everywhere will be
killed!!
This is being sent to Register writer ████████. ████████, heads of papers
and Tv networks and internet sites and ████████ from the 3/31 article as
well! Columnist ████████, other writers, actors, the general public as well as
Biden and Kamilla Harris!  We can break through any government security!



Inspection Service
Exhibit
3
Label 113, July 1987

We are giving this to RACIST ███████████ also who wrote about you! This applies to her and everything in all newspapers including the Register. FINAL FACTUAL ANSWER TO END RACISM, the FACTS, PERIOD- ███████ Your not the first, NO one is!  Since there is no such person! STOP using the term: BLACK people and "Black Lives Matter". EVERYONE'S LIFE MATTERS!  There is **no such person** as a black, white, red, person of Color, negro, African American, Chinese, Spanish, or Asian or anyone else. People can however identify themselves from a country, saying "I'm Polish and/or Chinese." Though **EVERYONE** including albinos have AFRICAN blood in them. EVERYONE IS "OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! Since everyone's skin tone varies, technically everyone is "Of Color"! The misunderstanding we are correcting **aims** to Divide people! There really are no separate RACES or Minorities!! There, however, ARE: (Various tones/colors of skin).  There is DNA in a lab from 18,000+ year old skeletal remains that PROVES everyone is AFRICAN!! Explain that evidence exists also that all continents broke off from AFRICA and that Africa is the original continent! Everyone worldwide and everywhere will be told to STOP using the false terms above and given this explanation! Stop dividing people!! Dr. Martin Luther King, Jr.'s quote is the TRUTH also: "Don't judge people based on the color of their skin, but rather on the content of their character." This Directive is going to people around the world and all over!  Black History Month Must be changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH"!! We are telling everyone including the CEO of BuzzFeed, the head of the NAACP and the KKK,  and all similar organizations including all "white" supremacy organizations. **Diversity** of gender or being gay, that is legal and alright/ correct! Also accept everyone no matter what religion also!  If you don't obey what this letter says, along with others including  people in Washington DC and everywhere and you. You all will be killed!!  Black lives Matter MUST remove the word Black from everything they have it on including online, change to ALL LIVES MATTER, etc. Other writers, actors, the general public, sports people, as well as Biden and Kamilla Harris!  There are no such people as celebrities either! Everyone is an equal, there is No status!  Religions aim to divide people by belief! We can break through any security including government security!

Abortion is definitely WRONG in fact because the unborn baby is a separate life and has its own brain. Killing it at ANY stage in its formation is MURDER and that's why we must fight to have the U.S. Federal law back to the way it was before 1973! DADDY WARBUCKS character from "Annie" is one example of the fact that there is always a wealthy family to support a child if he/she becomes available for adoption.  There is ALWAYS a foster home! As space is infinite,



Inspection Service
Exhibit
4
Label 113, July 1987
Page 1 of 3



and humanity continues to keep growing, there Will always be someone to take care of a child until adulthood, even if government or state funds run out. It is ILLEGAL for any person to harm themselves so killing an unborn baby is WRONG as well, in fact! For ALL those who support abortion and are currently pro abortion supporters, WHAT IF your parents chose abortion for you?  That is why it is murder!  There is nothing complicated about it.  It must become illegal AGAIN everywhere and all the clinics must close!!  If a person harms themselves, it is illegal, even though it is their body!  Well an unborn infant is a different body with its own brain and life, it is separate of the womans' from whom he or she is born!  PLUS, there's no excuse for doing any abortions, since ADOPTION and FOSTER homes are ALWAYS an option. Funding for most/ maybe all of the future can be sent to areas that are indigent or lacking money.  Also, the child can be sent to an area where the foster home, orphanage or similar place exists!! Abortion is already wrong in Korea! We wont quit until it is worldwide and beyond, everywhere! All "reproductive Rights" caucuses and groups have to end!  Again, they are not "Rights"!  Law and Order of NBC in the United States had or still may have a character who is a detective on the show and is A PRODUCT of a rape. She still and anyone born that way or from a tube or any way can and does lead a normal life! Its been proven in real life as well just the same as it was on the show!!



Inspection Service
Exhibit
4
Label 113, July 1987
Page 2 of 3

We are giving this to all justices on the Supreme Court including the new one!  We told her she is NOT black, no one is or "of Color", negroe, a nigger, nigga or any of it! We sent her the whole letter! She must follow it too! Everyone MUST!

**Inspection Service Exhibit**

4

Label 113, July 1987

Page 3 of 3

We are giving this to RACIST ████████ . This applies to her and
everything in all newspapers including the Register.
FINAL FACTUAL ANSWER TO END RACISM. the FACTS. PERIOD-
██████████ Your not the first, NO one is!  Since there is no such person!
STOP using the term: BLACK people and "Black Lives Matter", EVERYONE'S
LIFE MATTERS!  There is no such person as a black, white, red, person of
Color, negro, African American, Chinese, Spanish, or Asian or anyone else.
People can however identify themselves from a country, saying "I'm Polish and/or
Chinese." Though EVERYONE including albinos have AFRICAN blood in
them. EVERYONE IS "OF COLOR" or "WHAT WAS called wrongfully
"BLACK"!? Since everyone's skin tone varies, technically everyone is "Of
Color"! The misunderstanding we are correcting aims to Divide people! There
really are no separate RACES or Minorities!! There, however, ARE: (Various
tones/colors of skin). There is DNA in a lab from 18,000+ year old skeletal
remains that PROVES everyone is AFRICAN!! Explain that evidence exists also
that all continents broke off from AFRICA and that Africa is the original
continent! Everyone worldwide and everywhere will be told to STOP using the
false terms above and given this explanation! Stop dividing people!! Dr. Martin
Luther King, Jr.'s quote is the TRUTH also: "Don't judge people based on the
color of their skin, but rather on the content of their character." This Directive is
going to people around the world and all over!  Black History Month Must be
changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH"!! We are
telling everyone including the CEO of BuzzFeed, the head of the NAACP and the
KKK, and all similar organizations including all "white" supremacy organizations.
Diversity of gender or being gay, that is legal and alright/ correct! Also accept
everyone no matter what religion also!  If you don't obey what this letter says,
along with others including  people in Washington DC and everywhere and you.
You all will be killed!!  Black lives Matter MUST remove the word Black from
everything they have it on including online, change to ALL LIVES MATTER, etc.
Other writers, actors, the general public, sports people, as well as Biden and
Kamilla Harris!  There are no such people as celebrities either! Everyone is an
equal, there is No status!  Religions aim to divide people by belief! We can break
through any security including government security!  The new and all Supreme
Court justices are getting this.  No one is BLACK including her we told her!

Abortion is definitely WRONG in fact because the unborn baby is a separate life and has its own
brain. Killing it at ANY stage in its formation is MURDER and that's why we must fight to have
the U.S. Federal law back to the way it was before 1973! DADDY WARBUCKS character from
"Annie" is one example of the fact that there is always a wealthy family to support a child if

Inspection Service
Exhibit
5
Label 113, July 1987

██████ Underlined lines have just been added for clarity!  They apply to you and you will be punished by death for doing an abortion!

Abortion is **definitely** 100% WRONG in fact because the unborn baby is a separate life and has its own brain. Killing it at ANY stage in its formation is MURDER and that's why we must fight to have the U.S. Federal law back to the way it was before 1973! <u>DADDY WARBUCKS character from "Annie" is one example of the fact that there is always a wealthy family to support a child if he/she becomes available for adoption.  There is ALWAYS a foster home! As space is infinite, and humanity continues to keep growing, there Will always be someone to take care of a child until adulthood, even if government or state funds run out.</u>  It is ILLEGAL for any person to harm themselves so killing an unborn baby is WRONG <u>as well,</u> in fact! For ALL those who support abortion and are currently pro abortion supporters, WHAT IF your parents chose abortion for you?  That is why it is murder! There is nothing complicated about it.  It must become illegal AGAIN everywhere and all the clinics must close!!  If a person harms themselves, it is illegal, even though it is their body!  Well an unborn infant is a different body with its own brain and life, it is separate of the womans' from whom he or she is born! PLUS, there's no excuse for doing any abortions, since ADOPTION and FOSTER homes are ALWAYS an option. Funding for most/ maybe all of the future can be sent

to areas that are indigent or lacking money.  Also, the child can be sent to an area where the foster home, orphanage or similar place exists!! Abortion is already wrong in Korea! We wont quit until it is worldwide and beyond, everywhere! All "reproductive Rights" caucuses and groups have to end!  Again, they are not "Rights"!  <u>Law and Order of NBC in the United States had or still may have a character who is a detective on the show and is A PRODUCT of a rape. She still and anyone born that way or from a tube or any way can and does lead a normal life! Its been proven in real life as well just the same as it was on the show!!</u>

Inspection Service
Exhibit
6
Label 113, July 1987







Inspection Service
Exhibit
7
Label 113, July 1987

This note is for you also, ███████████

It is about the fact that giving bonds to anyone who has committed an <u>assault, armed robbery, larceny of near or over $50,000, and rape or murder of any degree MUST STOP!  No bonds for manslaughter of any degree either.</u> The bonds for ANYONE who has not been sentenced yet must be taken away immediately and the person must be given incarceration or be mandated to be on a locked ward of a psychiatric unit.  We're going to start enforcing this Everywhere!


It is good and definitely reasonable that teens get their names printed when it's a serious crime such as the ones above and that they get an adult sentence!

When there is evidence to arrest anyone for the above serious crimes, there is enough to hold a person in prison or a locked psychiatric unit if the person qualifies!  Many witnesses among other evidence PROVE that ███████E murdered ██████████ of Fairfield Prepertory School and so you must as the judge take away this $2,000,000 bond and change it to NO BOND!!  If you don't, you **definitely will be killed** and it will be painful!  We can break through any security, which you don't deserve anyway!

Raul must suffer for the INTENSE CRIME he did and in the likelihood his family or he paid the 10% ($200,000) even with an ankle GPS monitoring bracelet, he like many others can easily cut it off.  ALSO DEFENDANTS SUCH AS HIM DO NOT DESERVE TO BE OUTSIDE OF BEING LOCKED UP IN A MAXIMUM SERCURITY JAIL OR HOSPITAL!  Many of them such as the teen in CA whose judge and others have been warned, they gave an unsecured group home and he CUT OFF the bracelet, fleeing either by foot or in a vehicle!  No more of the bracelets are to be given EITHER to those that commit the crimes underlined above!! This is all being mandated for all cases, state and Federal, throughout all places on earth/ everywhere!

Even the $20,000,000 is not acceptable for killer ███████████ No amount is acceptable!  Judge ██████████ will be killed and relatives of his unless he cancels that bond, making it NO BOND!  More intense lock up environment, longer sentences make the defendants TRULY pay for their crimes as WELL as create the incentive for others who are thinking of committing the underlined crimes above or similar ones to think twice before doing them or NOT doing them at all! The attorneys of these cases and others are getting this note!  We can track and find people that deserve to be executed and then kill them with powerful bombs that can be aimed among other things can present no electronic warning to the evil judges or others that don't care about these criminals dancing around as a danger to society with a bracelet that is not enough to stop them! Make the changes as noted above within the coming few days or else we will enforce death upon you and all others who get this note which they truly deserve!  The father's apology means nothing!  Treatment within the prison will have to do. The public is being told about all the above also.  We will know whether the bonds have been cancelled or NOT anD if the other changes were made or not even if they're not put online or in the TV/newspaper news!

Inspection Service
Exhibit

Label 113, July 1987

May 26, 2022

Dear Ms. ████████████

Hello. We found that you are in some way connected to working with CT Transit. I am writing this on behalf of my cousin who is in her 30s and is **fighting cancer.** My cousin definitely recognized <u>him</u> as being the same person as seen a few months ago in the community who was with someone who dropped a significant amount of cash. She picked it up and he and the other person he was with walked away out of sight before she could get their attention to speak with them. Finding out the following information will make my cousin feel better about fighting the cancer, especially if we are a step closer to getting this resolved. The other reason is we are limited on ink toner, postage and time and felt this letter would be lost in the corporate mail box of CT Transit, so please forward it to the Boss of the bus driver or the bus driver directly who worked the described route: **The brick bus enclosure** just before Creative Hair and Fresko's at 2323 Whitney Ave. in Hamden, CT. We hope the bus driver remembers the tall husky male waiting alone at that bus stop about 3:20 pm on Tuesday, **May 24, 2022.** He had a headphones on when we drove by and saw him. It was hard to stop because we were in traffic. Hopefully the computerized system at the front of the bus saved his information and then he can be asked to contact us or we can be given his first and last name. OR (the least preferable idea), all bus drivers doing that route at that time be given his description including the one working at that time and when he is seen again, he be asked to contact us or the driver asks his first and last name and then it is emailed to us.

This is very important to us and we are doing the right thing to send this and describe what we found. We are having problems with receiving postal mail to our home address and we will get that fixed soon with our local post office. For now, **email is the BEST** way to contact us. Like the past, today's phonebooks are online and so we looked up your address so this letter would get directly to you instead of lost in the company's Large, corporate mailbox.

Please let us know that you received this letter AND that you forwarded this request letter to the employee supervising this bus driver or that bus driver directly along with this letter so he/she can see all the details to act on in this request.

**Thanks A lot,**

**Brian Reynolds**        **doingcharityformany@gmail.com**

*Brian*

Inspection Service
Exhibit
9
Label 113, July 1987

May 26, 2022

Dear Current Manager at 230 Grand Ave. Post office:

I am writing this on behalf of my cousin who is in her 30s and is **fighting cancer.** My cousin definitely recognized <u>him</u> as being the same person as seen in the community who was with someone a few months ago who dropped a significant amount of cash. She picked it up and he and the other person he was with walked away out of sight before she could get their attention to speak with them. Finding out the following information will make my cousin feel better about fighting the cancer, especially if we are a step closer to getting it resolved. **He was standing in a <u>grey T-shirt</u>** with the male U.S. Postal carrier at the front of one of the following addresses this postal worker serves: **195, 201, 207, 217, 221, 227, or 233 Everit St. New Haven, CT 06511.** The date was <u>May 24, 2022</u> <u>and it was 3:32 pm approximately.</u> We think he may be a resident at one of these addresses. He appeared to be older than teens. Dark hair, tan skin, maybe Spanish or Caucasian. He may have been talking with him or maybe collecting the mail for your address. We were in traffic & couldn't stop.

This is very important to us and we are doing the right thing to send this and describe what we found. We are having problems with receiving postal mail to our home address and we will get that fixed soon with our local post office.  For now, **email is the BEST** way to contact us.

Please let us know that you received this letter AND if you need help in knowing the name, if you dc that you forwarded this request letter to the postman that served those addresses at the time and date underlined above.  *The postman's reply should be sent to this email by you or he can contac me directly at this email.  He can confirm that it was a resident/ other worker, which we doubt. T likely address it was on Everit St. which would be one of the above (most likely) would be apprec

Thanks A lot,

Brian Reynolds     **doingcharityformany@gmail.com**

*Brian.*

Inspection Service
Exhibit
10
Label 113, July 1987



General Manager or Assistant Manager/ Owner of
UHAUL Moving and Storage
599 Lombard Street
New Haven, CT 06513



Inspection Service
Exhibit
11
Label 113, July 1987
Page 1 of 1



May 28, 2022

To:

(UHAUL)

Director/ and all staff there:

Hello.  I am writing this on behalf of my cousin who is in her 30s and is fighting cancer. My cousin definitely recognized **the person described** as being the same person from the community who was with someone a few months ago who dropped a significant amount of cash.  The UHAUL truck with "877 , part of the CT license plate on back was seen at about 8:30pm on May 27, 2022 near the corner of Cold Spring St. and Everit St. New Haven. The person we are describing is AN AFRICAN AMERICAN MALE WITH SHORT BRAIDED HAIR who was assisting the other Caucasian/non African American persons.  She picked up the money and so and the other person he was with drove away out of sight before she could get their attention to speak with them.  Finding out the following information will make my cousin feel better about fighting the cancer, especially if we are a step closer to getting this resolved.  None of the people that were with him were the one that dropped the money back in mid January, 2022.  As we drove by, we couldn't stop because traffic was behind us. This group of which one person rented this UHaul truck, looked like they were helping move things in or out of an apartment in the Matt Kate Apartments building whose entrance is on one of the two streets underlined above. We are Not 100% sure of the partial plate number (7877). We think we only got part of it because we were driving by/ in motion. Both sides of the building have large, decorative entrance doors, so we aren't sure which is the main one.

This is very important to us and we are doing the right thing to send this and describe what we found.  We are having problems with receiving posts/ mail to our home address and we will get that fixed soon with our local post office.  For now, email is the BEST way to contact us.  As you answer these questions, please tell me also if you have the records of who rented that UHaul vehicle at that time and date or if I should contact a main office of Uhaul that does. If that is the case, tell me the contact information for that UHaul office.

*Please let us know that you received this letter AND if you need help in knowing the name, if you do, that you looked up who rented this Uhaul truck at that date and time! or who rented the truck with that plate number on 5/27/2022. ** Please tell us this renter's name OR confirm that you will tell him/her to contact us.  We will then follow up with that person who would probably be able to identify who the African man described above is.  Please look into this and reply with answers to all of our above questions. It is appreciated greatly!*

*Thanks A lot.     Brian Reynolds*                      doingcharityformarry@gmail.com

*Brian*



Inspection Service
Exhibit
11
Label 113, July 1987
Page 2 of 2





Inspection Service
Exhibit
12
Label 113, July 1987
Page 1 of 2

May 28, 2022

To Director/ and all staff there:

*He's probably a New Haven or local area resident.*

Hello   I am writing this on behalf of my cousin who is in her 30s and is **fighting cancer**  My cousin definitely recognized **the person described** as being the same person from the community who was with someone a few months ago who dropped a significant amount of cash. She picked it up and he and the other person he was with walked away out of sight before she could get their attention to speak with them. Finding out the following information will make my cousin feel better about fighting the cancer, especially if we are a step closer to getting this resolved.  Many times, people who are connected culturally to an agency are known by the staff. So, on the second occasion when my cousin recognized him, she overheard that his name is CHIMO or CHEEMO. He was seen walking on May 15, 2022 around 10am on the street known as Wooster Place, along side/ or in Wooster Square Park in New Haven, CT.  He appears to be late teens - 30s in age and is AFRICAN AMERICAN  He was walking with three or four other people, also African American, that may be family members of his.  None of the people that were with him were the one that dropped the money. On 5/15/22 he and the group he was with again walked away before she or myself could get his attention to report that the person from December that was with him (Chimo) dropped cash.  Do you or any of your staff know CHIMO or know his last name?  Or could you ask him to email me?

This is very important to us and we are doing the right thing to send this and describe what we found. We are having problems with receiving postal mail to our home address and we will get that fixed soon with our local post office.  For now, **email is the BEST** way to contact us. His name is probably spelled CHIMO versus CHEEMO.

Please let us know that you received this letter AND if you need help in knowing the name, if you do, that you forwarded this request letter to all staff that work and volunteer there. Maybe he is a member of your agency or affiliated in some way.  Please look into this and reply with answers to all of our above questions.  It is appreciated greatly!

*Thanks A lot*
*Brian Reynolds*          doingcharityformany@gmail.com

*Brian*

Inspection Service Exhibit 12

Label 113, July 1987
Page 2 of 2

**FINAL FACTUAL ANSWER TO END RACISM, the FACTS, PERIOD-**
This is being spread throughout the world including to you. ███████████ is
assuming that the salesman used the tactics he did or treated you the way he did is
due to your skin color!! You must take "<u>Black</u>" off the name of the "Southern CT
<u>Black</u> Chamber of Commerce." Everyone else mentioned in that article is also
getting this letter. We sent ██████ this letter, it applies to her also.

Everyone must STOP using the term: BLACK people and "Black Lives Matter".
EVERYONE'S LIFE MATTERS! Everyone must stop using these terms also:
There is **no such person** as a black, white, Caucasian, red, person of Color, negro,
African American, Chinese, Spanish, or Asian or anyone else. People can however
identify themselves from a country, saying "I'm Polish and/or Chinese." Though
**EVERYONE** including albinos have AFRICAN blood in them. EVERYONE IS
"OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! Since everyone's
skin tone varies, technically everyone is "Of Color"! The misunderstanding we
are correcting **aims** to Divide people! There really are no separate RACES or
Minorities!! There, however, ARE: (Various tones/colors of skin). There is DNA
in a lab from 18,000+ year old skeletal remains that PROVES everyone is
AFRICAN!! Explain that evidence exists also that all continents broke off from
AFRICA and that Africa is the original continent! Everyone worldwide and
everywhere will be told to STOP using the false terms above and given this
explanation! Stop dividing people!! Dr. Martin Luther King, Jr.'s quote is the
TRUTH also: "Don't judge people based on the color of their skin, but rather on
the content of their character." This Directive is going to people around the world
and all over! Black History Month Must be changed to "HISTORY MONTH or
"ORIGINAL HISTORY MONTH"!! We are telling everyone including the CEO
of BuzzFeed, the head of the NAACP and the KKK, and all similar organizations
including all "white" supremacy organizations. **Diversity** of gender or being gay,
that is legal and alright/ correct! Also accept everyone no matter what religion
also! *If you don't obey what this letter says, along with others including people in*
*Washington DC and everywhere and you. You all will be killed!!*
*Other writers, actors, the general public, sports people, as well as Biden and*
*Kamilla Harris! There are no such people as celebrities either! Everyone is an*
*equal, there is No status! Religions aim to divide people by belief! We can break*
*through any government security!*

All those organizations including the NAACP listed in this letter must change their name to not
use those terms which this letter says not to use or they will be killed!

Inspection Service
Exhibit
13
Label 113, July 1987

**FINAL FACTUAL ANSWER TO END RACISM,  the FACTS, PERIOD-**
This is being spread throughout the world including to you. ⬛⬛⬛⬛, you are
assuming that the salesman used the tactics he did or treated you the way he did is
due to your skin color!!  You must take "<u>Black</u>" off the name of the "Southern CT
<u>Black</u> Chamber of Commerce." Everyone else mentioned in that article is also
getting this letter.

STOP using the term: BLACK people and "Black Lives Matter". EVERYONE'S
LIFE MATTERS!   There is **no such person** as a black, white, Caucasian, red,
person of Color, negro, African American, Chinese, Spanish, or Asian or anyone
else.  People can however identify themselves from a country, saying "I'm Polish
and/or Chinese." Though **EVERYONE** including albinos have AFRICAN blood
in them. EVERYONE IS "OF COLOR" or "WHAT WAS called wrongfully
"BLACK"!! Since everyone's skin tone varies, technically everyone is "Of
Color"! The misunderstanding we are correcting **aims** to Divide people! There
really are no separate RACES or Minorities!! There, however, ARE: (Various
tones/colors of skin).  There is DNA in a lab from 18,000+ year old skeletal
remains that PROVES everyone is AFRICAN!! Explain that evidence exists also
that all continents broke off from AFRICA and that Africa is the original
continent! Everyone worldwide and everywhere will be told to STOP using the
false terms above and given this explanation! Stop dividing people!!  Dr. Martin
Luther King, Jr.'s quote is the TRUTH also: "Don't judge people based on the
color of their skin, but rather on the content of their character." This Directive is
going to people around the world and all over!  Black History Month Must be
changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH"!! We are
telling everyone including the CEO of BuzzFeed, the head of the NAACP and the
KKK,  and all similar organizations including all "white" supremacy organizations.
**Diversity** of gender or being gay, that is legal and alright/ correct! Also accept
everyone no matter what religion also!  <u>If you don't obey what this letter says,
along with others including  people in Washington DC and everywhere and you.
You all will be killed!!</u>
<u>Other writers, actors, the general public, sports people, as well as Biden and
Kamilla Harris!  There are no such people as celebrities either! Everyone is an
equal, there is No status!  Religions aim to divide people by belief! We can break
through any government security!</u>



All those organizations including the NAACP listed in this letter must change their name to not
use those terms which this letter says not to use or they will be killed!

**FINAL FACTUAL ANSWER TO END RACISM, the FACTS, PERIOD-**
This is being spread throughout the world including to you. ████████████ is
assuming that the salesman used the tactics he did or treated you the way he did is
due to your skin color!! You must take "Black" off the name of the "Southern CT
Black Chamber of Commerce." Everyone else mentioned in that article is also
getting this letter. We sent ████████ this letter, it applies to her also.

Everyone must STOP using the term: BLACK people and "Black Lives Matter".
EVERYONE'S LIFE MATTERS! Everyone must stop using these terms also:
There is **no such person** as a black, white, Caucasian, red, person of Color, negro,
African American, Chinese, Spanish, or Asian or anyone else. People can however
*identify themselves from a country, saying "I'm Polish and/or Chinese." Though*
***EVERYONE*** *including albinos have* AFRICAN blood in them. EVERYONE IS
"OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! Since everyone's
skin tone varies, technically everyone is "Of Color"! The misunderstanding we
*are correcting* **aims** *to Divide people! There really are no separate* RACES *or*
*Minorities!!* There, however, ARE: (Various tones/colors of skin). There is DNA
in a lab from 18,000+ year old skeletal remains that PROVES everyone is
AFRICAN!! Explain that evidence exists also that all continents broke off from
AFRICA and that Africa is the original continent! Everyone worldwide and
everywhere will be told to STOP using the false terms above and given this
explanation! Stop dividing people!! Dr. Martin Luther King, Jr.'s quote is the
TRUTH also: "Don't judge people based on the color of their skin, but rather on
the content of their character." This Directive is going to people around the world
and all over!  Black History Month Must be changed to "HISTORY MONTH or
"ORIGINAL HISTORY MONTH"!! We are telling everyone including the CEO
of BuzzFeed, the head of the NAACP and the KKK,  and all similar organizations
including all "white" supremacy organizations. **Diversity** of gender or being gay,
*that is legal and alright/ correct!* Also accept everyone no matter what religion
*also!  If you don't obey what this letter says, along with others including  people in*
*Washington DC and everywhere and you. You all will be killed!!*
Other writers, actors, the general public, sports people, as well as Biden and
Kamilla Harris!  There are no such people as celebrities either! Everyone is an
equal, there is No status!  Religions aim to divide people by belief! We can break
through any government security!

All those organizations including the NAACP listed in this letter must change their name to not
use those terms which this letter says not to use or they will be killed!

Inspection Service
Exhibit
15
Label 113, July 1987

**Regarding you speaking on FOX news and in general—** ▉

**FINAL FACTUAL ANSWER TO END RACISM,  the FACTS, PERIOD-**

STOP using All these terms in the underlined following list!  BLACK people and "Black Lives Matter".  EVERYONE'S LIFE MATTERS!  There is **no such person** as a black, **White**, Caucasian, red, person of Color, negro, African American, Chinese, Spanish, Hispanic or Asian or anyone else like that.  People can however identify themselves from a country, saying "I'm Polish and/or Chinese." Though **EVERYONE** including albinos have AFRICAN blood in them. EVERYONE IS "OF COLOR" or "WHAT WAS called wrongfully "BLACK"!!  Since everyone's skin tone varies, technically everyone is "Of Color"!  The misunderstanding we are correcting **aims** to Divide people!  There really are no separate RACES or Minorities!!  There, however, ARE: (Various tones/colors of skin)  There is DNA in a lab from 18,000+ year old skeletal remains that **PROVES** everyone is AFRICAN!!  Explain that evidence exists also that all continents broke off from AFRICA and that Africa is the original continent!  Everyone worldwide and everywhere will be told to STOP using the false terms above and given this explanation!  Stop dividing people!!  Dr. Martin Luther King, Jr.'s quote is the *TRUTH* also: "Don't judge people based on the color of their skin, but rather on the content of their character."  This Directive is going to people around the world and all over!  Black History Month Must be changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH"!!  We are telling everyone including the CEO of BuzzFeed, the head of the NAACP and the KKK,  and all similar organizations including all "white" supremacy organizations. **Diversity** of gender or being gay, that is legal and alright/ correct!  Also accept everyone no matter what religion also!  If you don't obey what this letter says, along with others including  people in Washington DC and everywhere and you. You all will be killed!!  Other writers, actors, the general public, sports people, as well as Biden and Kamilla Harris!  There are no such people as celebrities either! Everyone is an equal, there is No status!  Religions aim to divide people by belief! We can break through any government security!  All those organizations including the NAACP listed in this letter must change their name to not use those terms which this letter says not to use or they will be killed also!



Inspection Service
Exhibit
16
Label 113, July 1987



This note is for you also, ███████.

It is about the fact that giving bonds to anyone who has committed an assault, armed robbery, larceny of near or over $50,000, and rape or murder of any degree MUST STOP! No bonds for manslaughter of any degree either. The bonds for ANYONE who has not been sentenced yet must be taken away immediately and the person must be given incarceration or be mandated to be on a locked ward of a psychiatric unit.  We're going to start enforcing this Everywhere!

It is good and definitely reasonable that teens get their names printed when it's a serious crime such as the ones above and that they get an adult sentence!

When there is evidence to arrest anyone for the above serious crimes, there is enough to hold a person in prison or a locked psychiatric unit if the person qualifies!  Many witnesses among other evidence PROVE that ███████ murdered ███████ of Fairfield Prepertory School and so you must as the judge take away this $2,000,000 bond and change it to NO BOND!! If you don't, you definitely will be killed and it will be painful!  We can break through any security, which you don't deserve anyway!

Raul must suffer for the INTENSE CRIME he did and in the likelihood his family or he paid the 10% ($200,000) even with an ankle GPS monitoring bracelet, he like many others can easily cut it off.  ALSO DEFENDANTS SUCH AS HIM DO NOT DESERVE TO BE OUTSIDE OF BEING LOCKED UP IN A MAXIMUM SECURITY JAIL OR HOSPITAL!  Many of them such as the teen in CA whose judge and others have been warned, they gave an unsecured group home and he CUT OFF the bracelet, fleeing either by foot or in a vehicle!  No more of the bracelets are to be given EITHER to those that commit the crimes underlined above!! This is all being mandated for all cases, state and Federal, throughout all places on earth/ everywhere!

Even the $20,000,000 is not acceptable for killer ███████.  No amount is acceptable!  Judge ███████ will be killed and relatives of his unless he cancels that bond, making it NO BOND!  More intense lock up environment, longer sentences make the defendants TRULY pay for their crimes as WELL as create the incentive for others who are thinking of committing the underlined crimes above or similar ones to think twice before doing them or NOT doing them at all! The attorneys of these cases and others are getting this note!  We can track and find people that deserve to be executed and then kill them with powerful bombs that can be aimed among other things can present no electronic warning to the evil judges or others that don't care about these criminals dancing around as a danger to society with a bracelet that is not enough to stop them! Make the changes as noted above within the coming few days or else we will enforce death upon you and all others who get this note which they truly deserve!  The father's apology means nothing!  Treatment within the prison will have to do. The public is being told about all the above also.

Inspection Service
Exhibit
17
Label 113, July 1987

Regarding them speaking on FOX news – 6/4/22 and in general— 

**FINAL FACTUAL ANSWER TO END RACISM, the FACTS, PERIOD-**

STOP using All these terms in the <u>following list</u>!  BLACK people and "Black Lives Matter".  EVERYONE'S LIFE MATTERS!   There is **no such person** as a <u>black, **White**, Caucasian, red, person of Color, negro, African American, Chinese, Spanish, Hispanic or Asian or anyone else like that.</u>  People can however identify themselves from a country, saying "I'm Polish and/or Chinese." Though **EVERYONE** including albinos have AFRICAN blood in them. EVERYONE IS "OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! Since everyone's skin tone varies, technically everyone is **"Of Color"**! The misunderstanding we are correcting **aims** to Divide people! There really are no separate RACES or Minorities!! There, however, ARE: (Various tones/colors of skin).  There is DNA in a lab from 18,000+ year old skeletal remains that PROVES everyone is AFRICAN!! Explain that evidence exists also that all continents broke off from AFRICA and that Africa is the original continent! Everyone worldwide and everywhere will be told to STOP using the false terms above and given this explanation! Stop dividing people!!  Dr. Martin Luther King, Jr.'s quote is the TRUTH also: "Don't judge people based on the color of their skin, but rather on the content of their character." This Directive is going to people around the world and all over!  Black History Month Must be changed to "HISTORY MONTH or "ORIGINAL HISTORY MONTH"!! We are telling everyone including the CEO of BuzzFeed, the head of the NAACP and the KKK,  and all similar organizations including all "white" supremacy organizations. **Diversity** of gender or being gay, that is legal and alright/ correct! Also accept everyone no matter what religion also!  <u>If you don't obey what this letter says, along with others including  people in Washington DC and everywhere and you. You all will be killed!!</u>
<u>Other writers, actors, the general public, sports people, as well as Biden and Kamilla Harris!  There are no such people as celebrities either! Everyone is an equal, there is No status!  Religions aim to divide people by belief! We can break through any government security!  All those organizations including the NAACP listed in this letter must change their name to not use those terms which this letter says not to use or they will be killed also!</u>  ▮▮▮▮▮▮ is getting this also!

Inspection Service
Exhibit
18
Label 113, July 1987

**FINAL FACTUAL ANSWER TO END RACISM, the FACTS, PERIOD-**
Everyone must including you!    (we saw current Register article)
STOP using All these terms in the <u>following list</u>!  BLACK people and "Black
Lives Matter". EVERYONE'S LIFE MATTERS!   There is **no such person** as a
<u>black, white, Caucasian, red, person of Color, negro, African American, Chinese,</u>
<u>Spanish, Hispanic or Asian or anyone else like that.</u>  People can however identify
themselves from a country, saying "I'm Polish and/or Chinese." Though
**EVERYONE** including albinos have AFRICAN blood in them. EVERYONE IS
"OF COLOR" or "WHAT WAS called wrongfully "BLACK"!! Since everyone's
skin tone varies, technically everyone is "Of Color"! The misunderstanding we
are correcting **aims** to Divide people! There really are no separate RACES or
Minorities!! There, however, ARE: (Various tones/colors of skin).  There is DNA
in a lab from 18,000+ year old skeletal remains that PROVES everyone is
AFRICAN!! Explain that evidence exists also that all continents broke off from
AFRICA and that Africa is the original continent! Everyone worldwide and
everywhere will be told to STOP using the false terms above and given this
explanation! Stop dividing people!!  Dr. Martin Luther King, Jr.'s quote is the
TRUTH also: "Don't judge people based on the color of their skin, but rather on
the content of their character." This Directive is going to people around the world
and all over!  Black History Month Must be changed to "HISTORY MONTH or
"ORIGINAL HISTORY MONTH"!! We are telling everyone including the CEO
of BuzzFeed, the head of the NAACP and the KKK,  and all similar organizations
including all "white" supremacy organizations. **Diversity** of gender or being gay,
that is legal and alright/ correct! Also accept everyone no matter what religion
also!  <u>If you don't obey what this letter says, along with others including  people in</u>
<u>Washington DC and everywhere and you. You all will be killed!!</u>
<u>Other writers, actors, the general public, sports people, as well as Biden and</u>
<u>Kamilla Harris!  There are no such people as celebrities either! Everyone is an</u>
<u>equal, there is No status!  Religions aim to divide people by belief! We can break</u>
<u>through any government security!  All those organizations including the NAACP listed</u>
<u>in this letter must change their name to not use those terms which this letter says not to</u>
<u>use or they will be killed also!</u>



Inspection Service
Exhibit
19
Label 113, July 1987